**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:22-cr-00014 |
| **DUNORD JOSEPH,** | ) |
| **Defendant.** | ) |

### ORDER

**BEFORE THE COURT** is the Government's Motion to Dismiss the Information without prejudice. (ECF No. 23.) After careful consideration and review, it is hereby

**ORDERED** that the Government's motion to dismiss at ECF No. 23, is **GRANTED;** it is further

**ORDERED** that the Information in this case is **DISMISSED without prejudice**.

**Dated:** August 31, 2022            /s/  *Robert A. Molloy*

                                                                          **ROBERT A. MOLLOY**
                                                                          **Chief Judge**